United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEMARREA MCCOY-GORDON, AV9561,

Petitioner,

v.

PELICAN BAY STATE PRISON,

Respondent.

Case No. 19-cv-02984-SK  (PR)

**ORDER TRANSFERRING CASE
AND INSTRUCTING CLERK TO
UPDATE PETITIONER'S MAILING
ADDRESS**

Petitioner, a state prisoner incarcerated at the Substance Abuse Treatment Facility and

State Prison, Corcoran (SATF-CSP, Corcoran)[1] pursuant to a 2017 conviction from Solano

County Superior Court, has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. §

2254 seeking to invalidate a prison disciplinary finding he sustained while incarcerated at Pelican

Bay State Prison (PBSP) that resulted in a loss of time credits and longer period of incarceration.

Venue is proper in a habeas action in either the district of conviction or the district of

confinement.  28 U.S.C. § 2241(d).  But the district of confinement is the preferable forum to

review habeas challenges to the execution of a sentence, including challenges to prison

disciplinary actions that affected a prisoner's length of confinement.  See Habeas L.R. 2254-3(a);

Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).

Because petitioner is incarcerated at SATF-CSP, Corcoran in Kings County, which lies

within the venue of the Eastern District of California, 28 U.S.C. § 84(b), the court ORDERS that

_____

[1] Petitioner filed this action while he was incarcerated at California State Prison,
Sacramento (SAC), but recently filed a notice in another case informing the court that he had been
transferred to SATF-CSP, Corcoran.  The court has confirmed that petitioner was transferred to
SATF-CSP, Corcoran and instructs the clerk to update petitioner's mailing address in this case to
CSATF-CSP, Corcoran, C3-231, P.O. Box 5246, Corcoran, CA 93212.

1  pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice,

2  this petition be TRANSFERRED to the United States District Court for the Eastern District of

3  California.

4    The clerk shall transfer this matter forthwith.

5    **IT IS SO ORDERED**.

6  Dated: June 12, 2019

7  _____

8    SALLIE KIM
     United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28